UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                              Case No. 25-22894 (SHL)

EMPIRE CORE GROUP LLC,

                                              Chapter 11

              Debtor.

---------------------------------------------------------------x

## STIPULATION AND ORDER FURTHER EXTENDING THE TIME OF AMAZING FLOOR SERVICE CORP. TO BRING AN ACTION <u>UNDER § 523(a) AND (c) OF THE BANKRUPTCY CODE</u>

WHEREAS, on September 22, 2025 ("<u>Petition Date</u>"), Empire Core Group LLC ("<u>Debtor</u>") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code ("<u>Chapter 11 Case</u>"); and

WHEREAS, the Debtor has continued in possession of its property and the management of its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code; and

WHEREAS, Amazing Floor Service Corp. ("<u>Amazing Floor</u>") has filed a proof of claim in the Debtor's bankruptcy case in the amount of $569,010.06 which has been denominated Claim 13-1 by the Clerk of the Court; and

WHEREAS, pursuant to the terms of the Bankruptcy Code, the deadline to file an action pursuant to § 523 of the Bankruptcy Code runs sixty (60) days from the date first set for the initial meeting of creditors [*see* Bankruptcy Rule 4007(c)]; and

WHEREAS, Amazing Floor has sought the entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure to examine the Debtor and for the production of documents; and

1

WHEREAS, the Debtor and Amazing Floor previously agreed to extend the deadline for Amazing Floor to commence an action under § 523 of the Bankruptcy Code to February 15, 2026 in order to allow for the production of documents and the conducting of discovery [ECF No. 46];

WHEREAS, the Debtor and Amazing Floor previously agreed to further extend the deadline for Amazing Floor to commence an action under § 523 of the Bankruptcy Code to March 31, 2026 in order to allow for the production of documents and the conducting of discovery [ECF No. 54];

WHEREAS, the Debtor and Amazing Floor have agreed to further extend the deadline for Amazing Floor to commence an action under § 523 of the Bankruptcy Code in order to allow for the production of documents and the conducting of discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES HERETO AS FOLLOWS:

1. The time for Amazing Floor to commence an action under § 523 of the Bankruptcy Code be, and hereby is, further extended up to and including June 1, 2026, without prejudice to seek additional extensions of the deadline for cause shown.

2. The extension granted herein is without prejudice to the rights of the Debtor to assert the inapplicability of § 523 to the Debtor in this corporate Subchapter V case, and is subject to the Debtor's reservation of all rights of the Debtor to contest any claims asserted under § 523 other than the timeliness of the commencement of any such action, provided it is commenced on or before June 1, 2026, or such other date that the deadline may be extended to.

3. The Parties hereto consent to the entry of this Stipulation as an Order in this bankruptcy proceeding.

4.	This Stipulation may be executed in multiple counterparts, each of which when taken together shall constitute one (1) original.

Dated:	Wantagh, New York
	March 25, 2026

**LAMONICA HERBST & MANISCALCO, LLP**
*Attorneys for Amazing Floor Service Corp.*

By:	*/s/ Salvatore LaMonica*
	Salvatore LaMonica, Esq.
	A Member of the Firm
	3305 Jerusalem Avenue, Suite 201
	Wantagh, New York 11793
	Tel. 516.826.6500
	sl@lhmlawfirm.com

Dated:	Scarsdale, New York
	March 27, 2026

**KIRBY AISNER & CURLEY LLP**
*Attorneys for the Debtor*

By:	*/s/ Erica Feynman Aisner*
	Erica Feynman Aisner, Esq.
	700 Post Road, Suite 237
	Scarsdale, New York 10583
	Tel. 914.401.9500
	eaisner@kacllp.com

**SO ORDERED this 21st day of April 2026**

 **/s/ Sean H. Lane**
**Honorable Sean H. Lane**
**United States Bankruptcy Judge**