# UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   NEW YORK

WHITE PLAINS DIVISION

In Re. EMPIRE CORE GROUP LLC     §    Case No.  25-22894

            §
            §
    Debtor(s)     §

☐ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 03/31/2026      Petition Date: 09/22/2025

Months Pending: 6         Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:     Accrual Basis ◯    Cash Basis ◉

Debtor's Full-Time Employees (current):      4

Debtor's Full-Time Employees (as of date of order for relief):    4

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Erica R. Aisner          Erica R. Aisner, Esq.
Signature of Responsible Party       Printed Name of Responsible Party

04/20/2026
Date             Kirby Aisner & Curley LLP
              700 Post Road, Ste. 237, Scarsdale, NY 10583
              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  EMPIRE CORE GROUP LLC                    Case No.  25-22894

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $83,163 | |
| b. Total receipts (net of transfers between accounts) | $2,520 | $355,625 |
| c. Total disbursements (net of transfers between accounts) | $71,299 | $388,406 |
| d. Cash balance end of month (a+b-c) | $14,384 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $71,299 | $388,406 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $5,911,089 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $5,862,858 |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d  Total current assets | $5,925,723 |
| e. Total assets | $5,970,481 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $8,718 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $8,718 |
| k. Prepetition secured debt | $3,501,119 |
| l. Prepetition priority debt | $482,694 |
| m. Prepetition unsecured debt | $2,024,164 |
| n. Total liabilities (debt) (j+k+l+m) | $6,016,695 |
| o. Ending equity/net worth (e-n) | $-46,214 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $407 | |
| c. Gross profit (a-b) | $-407 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $47,002 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-47,409 | $23,227 |

UST Form 11-MOR (12/01/2021)                    2

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  | $0 | $0 | $0 | $0 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
|  | i |  | $0 | $0 | $0 | $0 |
|  | ii |  |  |  |  |  |
|  | iii |  |  |  |  |  |
|  | iv |  |  |  |  |  |
|  | v |  |  |  |  |  |
|  | vi |  |  |  |  |  |
|  | vii |  |  |  |  |  |
|  | viii |  |  |  |  |  |
|  | ix |  |  |  |  |  |
|  | x |  |  |  |  |  |
|  | xi |  |  |  |  |  |
|  | xii |  |  |  |  |  |
|  | xiii |  |  |  |  |  |
|  | xiv |  |  |  |  |  |
|  | xv |  |  |  |  |  |
|  | xvi |  |  |  |  |  |
|  | xvii |  |  |  |  |  |
|  | xviii |  |  |  |  |  |
|  | xix |  |  |  |  |  |
|  | xx |  |  |  |  |  |
|  | xxi |  |  |  |  |  |
|  | xxii |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |
|  | xxv |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |
|  | xxix |  |  |  |  |  |
|  | xxx |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $8,718 | $23,686 |
| d.  Postpetition employer payroll taxes paid | $8,826 | $14,968 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ●  No ○

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ●  No ○

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ●  No ○  N/A ○

i. Do you have:  Worker's compensation insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?  Yes ○  No ●

    If yes, are your premiums current?  Yes ○  No ○  N/A ●  (if no, see Instructions)

    General liability insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ●  No ○

k. Has a disclosure statement been filed with the court?  Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

## Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages                                   $0

b. Gross income (receipts) from self-employment                                    $0

c. Gross income from all other sources                                             $0

d. Total income in the reporting period (a+b+c)                                    $0

e. Payroll deductions                                                             $0

f. Self-employment related expenses                                               $0

g. Living expenses                                                                $0

h. All other expenses                                                             $0

i. Total expenses in the reporting period (e+f+g+h)                                $0

j. Difference between total income and total expenses (d-i)                        $0

k. List the total amount of all postpetition debts that are past due               $0

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ◯  No ◉

m. If yes, have you made all Domestic Support Obligation payments?    Yes ◯  No ◯  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Florim Lajqi

Signature of Responsible Party

Chief Executive Officer

Title

Florim Lajqi

Printed Name of Responsible Party

04/20/2026

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name EMPIRE CORE GROUP LLC                    Case No.  25-22894



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Balance Sheet

Empire Core Group LLC
As of Mar 31, 2026

|  | Total |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | $14,384.33 |
| Accounts Receivable | $5,911,088.54 |
| Other Current Assets | $250.00 |
| **Total for Current Assets** | $5,925,722.87 |
| Fixed Assets | $0.00 |
| Other Assets | $44,758.57 |
| **Total for Assets** | $5,970,481.44 |
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | $4,346,577.18 |
| Long-term Liabilities | $362,048.83 |
| **Total for Liabilities** | $4,708,626.01 |
| Equity | $1,261,855.43 |
| **Total for Liabilities and Equity** | $5,970,481.44 |

Accrual Basis  Thursday, April 09, 2026 02:25 PM GMT-04:00

**EMPIRE CORE GROUP LLC**
**STATEMENT OF CASH RECEIPTS & DISBURSEMENTS**
**03/01/26 - 03/31/26**

| Date | Vendor | Disbursement | Receipt |
|---|---|---|---|
| 03/02/2026 | Ashton Walters | 2,231.54 | |
| 03/02/2026 | Citizen's Bank | 30.00 | |
| 03/02/2026 | Florim Lajqi | 647.10 | |
| 03/02/2026 | Gazmend Gashi | 2,290.71 | |
| 03/02/2026 | Justin Kerker | 4,609.53 | |
| 03/02/2026 | Small Business Administration | 731.00 | |
| 03/02/2026 | TD Auto Finance | 1,524.83 | |
| 03/03/2026 | New Jersey Manufacturers Insurance Company | 709.00 | |
| 03/04/2026 | Citizen's Bank | 30.00 | |
| 03/04/2026 | Diamond Properties | 500.00 | |
| 03/04/2026 | Florim Lajqi | 5,384.62 | |
| 03/06/2026 | Ashton Walters | 2,231.54 | |
| 03/06/2026 | Gazmend Gashi | 2,290.71 | |
| 03/06/2026 | Justin Kerker | 4,609.53 | |
| 03/10/2026 | Peoples Premium Finance | 2,179.08 | |
| 03/11/2026 | Procore | 10,584.77 | |
| 03/16/2026 | Justin Kerker (Reimb) | 23.21 | |
| 03/18/2026 | Insurance Company of the West | 1,920.48 | |
| 03/20/2026 | Check Relief Corp | 8,825.98 | |
| 03/20/2026 | Intuit | 108.38 | |
| 03/24/2026 | Audi New Rochelle | 1,289.92 | |
| 03/26/2026 | Justin  Kerker (Reimb) | 80.00 | |
| 03/27/2026 | Florim Lajqi | 2,000.00 | |
| 03/27/2026 | Justin Kerker (Reimb) | 151.72 | |
| 03/27/2026 | Kamco Supply | 0.00 | 2,520.00 |
| 03/27/2026 | Orange Bank and Trust | 5,000.00 | |
| 03/30/2026 | New Jersey Manufacturers Insurance Company | 709.00 | |
| 03/30/2026 | Small Business Administration | 731.00 | |
| 03/30/2026 | TD Auto Finance | 1,528.46 | |
| 03/30/2026 | United Healthcare | 8,346.66 | |
| | | **71,298.77** | **2,520.00** |

# Profit and Loss

Empire Core Group LLC
March 2026

| | Total |
|---|---|
| Income | |
| Cost of Goods Sold | $406.95 |
| **Gross Profit** | -$406.95 |
| Expenses | |
| 51000 Salaries and Wages | $18,620.50 |
| 52000 Payroll Benefit Fees & Other | $9,315.28 |
| 70000 Operating Expense | $13,051.23 |
| 79000 Insurance | $5,514.56 |
| 80000 Rent & Other | $500.00 |
| Unapplied Cash Bill Payment Expense | 0.00 |
| **Total for Expenses** | **$47,001.57** |
| **Net Operating Income** | **-$47,408.52** |
| **Net Other Income** | |
| **Net Income** | **-$47,408.52** |

Cash Basis  Tuesday, April 14, 2026 02:53 PM GMT-04:00

# A/R Aging Summary Report
## Empire Core Group LLC
### As of March 31, 2026

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Ellenville CSD | | | | | 802,487.98 | 802,487.98 |
| Pawling CSD | | | | | 536,950.57 | 536,950.57 |
| Harco-Pawling | | | | | 84,017.52 | 84,017.52 |
| Olympic Regdional Development Authority | | | | | 4,142,736.02 | 4,142,736.02 |
| Harco-Belleayre | | | | | 296,666.01 | 296,666.01 |
| Chappaqua MSA | | | 7,187.50 | | | 7,187.50 |
| Chappaqua CM | | 41,042.94 | | | | 41,042.94 |
| **TOTAL** | **-** | **41,042.94** | **7,187.50** | **-** | **5,862,858.10** | **5,911,088.54** |



# EmpireCore Expense Report

**PURPOSE:**  Reimbursement

**EMPLOYEE INFORMATION:**

| | | | | **TIME PERIOD:** |
|---|---|---|---|---|
| Name: | **Justin Kerker** | Position: | **CFO** | From 3/1/2026 |
| Department: | | Manager: | | To 3/11/2026 |

| Date | Project and Units (if any) | Vendor | Description | Reason | Amount |
|---|---|---|---|---|---|
| 3/11/2026 | G&A | Procore | Quarterly Payment | | $ 10,584.77 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total $ 10,584.77**

**SUBMITTED BY:**  Justin Kerker

**NOTES:**



# INVOICE

**BILL TO**

Justin Kerker
Empire Core Group
199 Maine Street 10th Floor
White Plains, New York 10601
United States
(212) 494-0003
jkerker@empirecore.com

**SOLD TO**

Justin Kerker
Empire Core Group
1270 BROADWAY
NEW YORK, New York 10001-3211
United States
(212) 494-0003
jkerker@empirecore.com

| | |
|---|---|
| DATE | 12-JAN-2026 |
| INVOICE NO | INV00277624 |
| PAYMENT TERMS | NET 15 |
| DUE DATE | 27 JAN 2026 |
| CURRENCY | USD |

| Product | Service Period | UOM | QTY | Amount | Tax | Rate | Total |
|---|---|---|---|---|---|---|---|
| Project Management Pro | 11-Jan-2026 to 10-Apr-2026 | ACV (MM) | 15.0 | 9,721.94 | 862.83 | 8.88% | 10,584.77 |

## PAYMENT INFORMATION

**EFT Payment**

Procore Technologies, Inc
Receiving Bank  Wells Fargo Bank, N A
Account Number  ██████████
ABA/Routing ACH/Wires  ██████████
SWIFT Code  ██████████

**Credit Card Payment**

Please pay the above balance by 27-Jan-2026. If you would like to pay by credit card (up to a total of $75K), you may do so by logging in at PaymentPortal.Procore.com

**Remit Check Payments to:**
Procore Technologies, Inc.
P.O. Box 201212
Dallas, TX 75320-1212

**Courier Deliveries:**
Lockbox Services 201212
Attn: Procore Technologies, Inc.
2975 Regent Blvd, Suite 100
Irving, TX 75063

| | |
|---|---|
| PRE TAX TOTAL | 9,721 94 USD |
| TAX | 862.83 USD |
| INVOICE TOTAL | 10,584 77 USD |
| PAYMENTS | 10,584.77 USD |
| ADJUSTMENTS | 0 00 USD |
| **BALANCE DUE** | **0.00 USD** |

# Justin Kerker

| | |
|---|---|
| **From:** | Procore Technologies, Inc <Billing@procore.com> |
| **Sent:** | Wednesday, March 11, 2026 10:07 AM |
| **To:** | Justin Kerker |
| **Subject:** | Your payment to Procore Technologies, Inc. was successfully processed - Empire Core Group |
| **Attachments:** | INV00277624_A00111401_01122026.pdf |

[EXTERNAL]

Dear Justin Kerker,

Your payment of $10,584.77 USD to Procore Technologies, Inc. was successfully processed on 03/11/2026.

Thank you for your business!

Login at PaymentPortal.Procore.com if you would like to make updates to your preferences for future payments.

**Order Information**
**Description:** Goods and Services
**Account Number:** ███████

**Billing Information**
**Billing Contact:** Justin Kerker
**Address:**
199 Maine Street 10th Floor

White Plains
New York 10601
United States

**Phone:** (212) 494-0003
**Email:** jkerker@empirecore.com

**Payment Total:** $10,584.77US Dollar

**Payment Information**
**Date:** 03/11/2026
**Payment Number:** ████8370
**Payment Method:** ************7077MasterCard
**Transaction Type:** Electronic
**Auth Code:** 8a12845a9cd2e55e019cdd385fe5664b

**Credit Card Holder Name:** Justin Kerker
**Credit Card Email:** jkerker@empirecore.com

**Merchant Information**

Procore Technologies, Inc.

Carpinteria, CA 93013

US

billing@procore.com

If you have any questions, please contact us at the email address above.

www.procore.com



# EmpireCore Expense Report

**PURPOSE:**          Reimbursement

**EMPLOYEE INFORMATION:**

| | | | | **TIME PERIOD:** |
|---|---|---|---|---|
| Name: | **Justin Kerker** | Position: | **CFO** | From 3/1/2026 |
| Department: | | Manager: | | To 3/16/2026 |

| Date | Project and Units (if any) | Vendor | Description | Reason | Amount |
|---|---|---|---|---|---|
| 3/16/2026 | G&A | Tello | Monthly Payment | | $ 15.73 |
| 3/16/2026 | G&A | Tello | Monthly Payment | | $ 7.48 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total $ 23.21**

**SUBMITTED BY:**        Justin Kerker        **NOTES:**

**APPROVED BY:**



# Invoice

**Billed to:**

**Florim Lajqi**
flajqi@empirecore.com
75 Virginia Road, #R2
White Plains, NY 10603
US

**Issued by:**

**Tello**
customerservice@tello.com
107 Technology Parkway, Peachtree Corners Suite
401
GA 30092-2909
United States

Order No. ███████ Paid with MasterCard ending in 7077
Date: 03/16/2026 11:58:56 AM
**Status: Successful**

| Product | Amount |
| --- | --- |
| **+1 (914) 435 6788** | |
| **Custom Plan** | **$14** |
| 5 GB | |
| Unlimited min | |
| Unlimited text | |
| **Next billing date:** 04/15/2026 ⓘ | |
| **Taxes and Surcharges** | |
| City Sales Tax | **$0.03** |
| County Sales Tax | **$0.02** |
| Federal Universal Service Fund | **$0.14** |
| Metro Commuter Trans. District | **$0** |
| Ny Mta Surchg On Excise Tax | **$0.01** |
| Ny State Excise Tax | **$0.04** |

| Product | Amount |
|---|---|
| Pscs - Local Prepaid Wireless | $0.30 |
| Pscs - State Prepaid Wireless | $0.90 |
| State Sales Tax | $0.05 |
| White Plains School District | $0 |
| Cost Recovery Surcharge | $0.23 |

Total $15.73



# Invoice

**Billed to:**

**Florim Lajqi**

flajqi@empirecore.com

75 Virginia Road, #R2

White Plains, NY 10603

US

**Issued by:**

**Tello**

customerservice@tello.com

107 Technology Parkway, Peachtree Corners Suite
401

GA 30092-2909

United States

Order No. ███████  Paid with MasterCard ending in 7077

Date: 03/16/2026 12:07:01 PM

**Status: Successful**

| Product | Amount |
|---|---|
| **+1 (914) 954 2658** | |
| **Custom Plan** | **$6** |
| 1 GB | |
| 100 minutes | |
| Unlimited text | |
| **Next billing date:** 04/15/2026 ⓘ | |
| **Taxes and Surcharges** | |
| City Sales Tax | **$0.01** |
| County Sales Tax | **$0.01** |
| Federal Universal Service Fund | **$0.06** |
| Metro Commuter Trans. District | **$0** |
| Ny Mta Surchg On Excise Tax | **$0** |
| Ny State Excise Tax | **$0.02** |

| Product | Amount |
|---|---|
| Pscs - Local Prepaid Wireless | $0.30 |
| Pscs - State Prepaid Wireless | $0.90 |
| State Sales Tax | $0.02 |
| White Plains School District | $0 |
| Cost Recovery Surcharge | $0.15 |

Total      **$7.48**



# EmpireCore Expense Report

**PURPOSE:** Reimbursement

**EMPLOYEE INFORMATION:**

Name: **Justin Kerker**

Department:

Position: **CFO**

Manager:

**TIME PERIOD:**

From 3/26/2026

To 3/26/2026

| Date | Project and Units (if any) | Vendor | Description | Reason | Amount |
|---|---|---|---|---|---|
| 3/26/2026 | G&A | State of Connecticut | CT Annual Report | | $ 80.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total $ 80.00**

**SUBMITTED BY:** Justin Kerker

**NOTES:**

**APPROVED BY:**



# Secretary of the State of Connecticut
# Annual Report

## FILING DETAILS

Filing Number:  0013930991  
Filing Fee:  $80.00

Report Year Due Date:  03/31/2026  
Filed On:  3/26/2026 2:11:47 PM

## PRIMARY DETAILS

Business Type:  Foreign  
Legal Structure:  LLC  
Business Name:  EMPIRE CORE GROUP LLC  
Business ALEI:  US-CT.BER:1317950

| | Existing Information | Updated Information |
|---|---|---|
| Business Email Address: | FLAJQI@EMPIRECORE.COM | No update |
| NAICS Information: | Commercial and Institutional Building Construction (236220) | No update |

## BUSINESS LOCATION

| | Existing Information | Updated Information |
|---|---|---|
| Principal Office Address: | 199 Main Street, 10th Floor White Plains, NY 10601 United States | 75 Virginia Road, R2 White Plains, NY 10603 United States |
| Mailing Address: | 199 Main Street, 10th Floor White Plains, NY 10601 United States | 75 Virginia Road, R2 White Plains, NY 10603 United States |
| Office in Jurisdiction: | 199 Main Street, 10th Floor White Plains, NY 10601 United States | 75 Virginia Road, R2 White Plains, NY 10603 United States |
| Mailing Address (in State of Formation): | 199 Main Street, 10th Floor White Plains, NY 10601 United States | 75 Virginia Road, R2 White Plains, NY 10603 United States |





# Secretary of the State of Connecticut
# Annual Report

## AGENT INFORMATION

Type:               Secretary of the State
Agent's Name:       Secretary of State

|  | *Existing Addresses* | *Updated Addresses* |
|---|---|---|
| Business Address: | 165 Capitol Ave., P.O. BOX 150470 Hartford, CT 06115-0470 United States | No update |
| Residence Address: | None | No update |
| Mailing Address: | 30 TRINITY STREET HARTFORD, CT 06106 United States | No update |

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.

| **Principal Name:** | FLORIM LAJQI | |
|---|---|---|
|  | *Existing Information* | *Updated Information* |
| Title: | CEO | No Update |
| Business Address: | 199 Main Street, White Plains, NY, 10601, United States | No Update |
| Residence Address: | ██████████, ██████████, ██ United States | No Update |



# Secretary of the State of Connecticut
# Annual Report

## ACKNOWLEGEMENT

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:

Name of Authorizer:                          FLORIM LAJQI

Authorizer Title:                                CEO
Filer Name:                                       Florim Lajqi
Filer Signature:                                  Florim Lajqi
Execution Date:                                 03/26/2026
*This signature has been executed electronically.*



# EmpireCore Expense Report

**PURPOSE:** Reimbursement

**EMPLOYEE INFORMATION:**

Name: **Justin Kerker**

Department:

Position: **CFO**

Manager:

**TIME PERIOD:**

From 3/27/2026

To 3/27/2026

| Date | Project and Units (if any) | Vendor | Description | Reason | Amount |
|------|---------------------------|--------|-------------|--------|--------|
| 3/27/2026 | G&A | Microsoft | Monthly Subscription | | $  151.72 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total $  151.72**

**SUBMITTED BY:** Justin Kerker

**NOTES:**

**APPROVED BY:**

## Customized Cash Rewards Visa Signature - 9186

 Card unlocked | Manage lock status

### Account Summary

**Current balance:**
Total credit available:
Cash credit line available:



### Rewards

Total Cash Rewards:  Cash **Rewards**
Choice category: **Online Shopping**
View/Redeem

### Card Details

**Total credit line:**
Cash credit line:
Amount over total credit line:



Request a credit line increase

Next closing date: 04/05/2026
Last payment date: 02/02/2026
Last payment:

### Pay This Card

Your next statement is not available yet.

**Make payment**    Make transfer

---

| Activity | Statements & Documents | Information & Services | Rewards | Promotional Offers |
| --- | --- | --- | --- | --- |

---

Consolidate your bills.

Transfer balances from other credit cards.

ℹ **Important Payment Posting Information**
Payments may take up to two business days to post to your account and will be applied on the date they're received.

**Go to:** Current transactions ⌄    **View Spending & Budgeting**

**Search:** Enter keyword, amount or mm/dd/yyyy 🔍   **More options** ⌄

Next transactions | Previous transactions          Download 🗐 Print 🗐

| Posting Date ↓ | Description | Type ⌄ | Amount | Balance |
| --- | --- | --- | --- | --- |
| ▶ Pending | MSFT * E0700Z637K | ⊖ | $32.51 | $151.72 |
| ▶ Pending | MSFT * E0700Z5XAC | ⊖ | $119.21 | $119.21 |
| Beginning balance as of 03/06/2026 | | | | |

Up to
$**500**
cash offer
Start by opening a new eligible checking account.

See details

BankAmeriDeals®



US759 | BR309 | 6
ROP 450
P.O. Box 7000
Providence, RI 02940

EMPIRE CORE GROUP LLC
DIP CHAPTER 11 BANKRUPTCY
CASE # 25-22894
PO BOX 208
VALHALLA NY  10595-0208

Beginning March 01, 2026
through March 31, 2026

**Questions? Contact us today:**



**CALL:**
Business Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**EMPIRE CORE GROUP LLC**
**DIP CHAPTER 11 BANKRUPTCY**
**CASE # 25-22894**
**Clearly Better Business Checking**
**XXXXXX-983-4**

## Clearly Better Business Checking  for XXXXXX-983-4

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 71,864.19 |
| Checks | - | 18,263.56 |
| Debits | - | 53,035.21 |
| Deposits & Credit | + | 2,520.00 |
| **Current Balance** | = | 3,085.42 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on April 30, 2026.

## TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 983-4

| Checks | | | | | | Previous Balance |
|---|---|---|---|---|---|---|
| *Check #* | *Amount* | *Date* | *Check #* | *Amount* | *Date* | **71,864.19** |
| 1017 | 2,231.54 | 03/03 | 1020 | 2,231.54 | 03/16 | **Total Checks** |
| 1018 | 2,290.71 | 03/03 | 1021 | 2,290.71 | 03/17 | -   **18,263.56** |
| 1019 | 4,609.53 | 03/02 | 1022 | 4,609.53 | 03/16 | |

Member FDIC  Equal Housing Lender

## Clearly Better Business Checking for XXXXXX-983-4 Continued

### Debits **
**May include checks that have been processed electronically by the payee/merchant.*

| | | | Total Debits |
|---|---|---|---|
| | | | **53,035.21** - |

| Date | Amount | Description |
|---|---|---|
| **Other Debits** | | |
| 03/02 | 647.10 | OUTGOING WIRE TRANSFER |
| | | (MTS NO ███████5532) |
| | | BENEFICIARY NAME : NORA LAJQI |
| | | ORIG TO BNF INFO: NOVEMBER REIMBURSEMENT |
| | | FED ID# : ████████████████4714 |
| 03/02 | 1,524.83 | TD AUTO FINANCE WEB PAY 260227 0001104275528 |
| 03/02 | 731.00 | SBA EIDL LOAN PAYMENT █████0000 |
| 03/02 | 30.00 | SERVICE CHARGE |
| | | WIRE TRANSFER FEES |
| 03/03 | 709.00 | NJM Insurance Web Pay 260302 000001824973428 |
| 03/04 | 5,384.62 | OUTGOING WIRE TRANSFER |
| | | (MTS NO ███████4051) |
| | | BENEFICIARY NAME : NORA LAJQI |
| | | ORIG TO BNF INFO: PAYROLL WE 1/18/26 |
| | | FED ID# : ████████████████4564 |
| 03/04 | 500.00 | DIAMONDPROPERTIE SIGONFILE 030426 QKZ9FL |
| 03/04 | 30.00 | SERVICE CHARGE |
| | | WIRE TRANSFER FEES |
| 03/10 | 2,179.08 | Premium Finance Payments 260310 1104-783290 |
| 03/11 | 10,584.77 | ONLINE TRANSFER TO CHECKING ████8865 |
| 03/16 | 23.21 | ONLINE TRANSFER TO CHECKING ████8865 |
| 03/18 | 1,920.48 | ICW GROUP WEB PAY 260317 610371859 |
| 03/20 | 8,825.98 | CHECK RELIEF CHECK RELI 260320 |
| 03/20 | 108.38 | INTUIT * QBooks Onl 260319 7101558 |
| 03/24 | 1,289.92 | AUDI FINCL, TEL. WEB DEBIT 260323 CWBS8150520399 |
| 03/26 | 80.00 | ONLINE TRANSFER TO CHECKING ████8865 |
| 03/27 | 151.72 | ONLINE TRANSFER TO CHECKING ████8865 |
| 03/27 | 2,000.00 | REALTIME DEBIT |
| | | SETTL FLORIM LAJQI |
| | | SENDER REF: NOREF |
| | | RTP TRACE ID: ██████████05953 |
| | | S/9 DISBROW CIR |
| | | C/NEW ROCHELLE NY 108042503          I/US |
| 03/27 | 5,000.00 | EMPIRECOREGR9834 ACH TRANS 260327 -SETT-SMB DIGI |
| 03/30 | 8,346.66 | UNITED HEALTHCAR EDI PAYMTS 260330 769829491095 |
| 03/30 | 1,528.46 | TD AUTO FINANCE WEB PAY 260327 0001104275528 |
| 03/30 | 731.00 | SBA EIDL LOAN PAYMENT 260327 0000 |
| 03/30 | 709.00 | NJM Insurance Web Pay 260327 000001833433193 |

### Deposits & Credits

| | | | Total Deposits & Credits |
|---|---|---|---|
| | | | **2,520.00** + |

| Date | Amount | Description |
|---|---|---|
| 03/26 | 2,520.00 | MOBILE DEPOSIT |

Member FDIC ⌂ Equal Housing Lender

 **Citizens**®

**Clearly Better Business Checking for XXXXXX-983-4 Continued**

| Daily Balance | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|
| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** | = | **3,085.42** |
| 03/02 | 64,321.73 | 03/16 | 33,547.73 | 03/24 | 19,112.26 | | |
| 03/03 | 59,090.48 | 03/17 | 31,257.02 | 03/26 | 21,552.26 | | |
| 03/04 | 53,175.86 | 03/18 | 29,336.54 | 03/27 | 14,400.54 | | |
| 03/10 | 50,996.78 | 03/20 | 20,402.18 | 03/30 | 3,085.42 | | |
| 03/11 | 40,412.01 | | | | | | |

Member FDIC  Equal Housing Lender

# ✿✿ Citizens®

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.     REV 12/22

## ELECTRONIC TRANSFERS
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*



| 1017 | 03/03/2026 | $2,231.54 |
|---|---|---|

| 1018 | 03/03/2026 | $2,290.71 |
|---|---|---|

| 1019 | 03/02/2026 | $4,609.53 |
|---|---|---|

| 1020 | 03/16/2026 | $2,231.54 |
|---|---|---|

| 1021 | 03/17/2026 | $2,290.71 |
|---|---|---|

| 1022 | 03/16/2026 | $4,609.53 |
|---|---|---|

## Empire Core Group LLC

### 10250 DIP - Citizens, Period Ending 03/31/2026

### RECONCILIATION REPORT

Reconciled on: 04/09/2026

Reconciled by  Justin Kerker

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 71,864.19 |
| Checks and payments cleared (32) | 71,298 77 |
| Deposits and other credits cleared (1) | 2,520.00 |
| Statement ending balance | 3,085.42 |
| | |
| Register balance as of 03/31/2026 | 3,085 42 |
| Cleared transactions after 03/31/2026 | 0.00 |
| Uncleared transactions after 03/31/2026 | 7,187 50 |
| Register balance as of 04/09/2026 | 10,272.92 |

**Details**

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/02/2026 | Expense | Mar '26 | Small Business Administration | -731.00 |
| 03/02/2026 | Bill Payment | 1017 | Ashton Walters | 2,231 54 |
| 03/02/2026 | Bill Payment | 1018 | Gazmend Gashi | -2,290.71 |
| 03/02/2026 | Bill Payment | 1019 | Justin Kerker | 4,609 53 |
| 03/02/2026 | Bill Payment | | Florim Lajqi | -647.10 |
| 03/02/2026 | E pense | | TD Auto Finance | 1,524 83 |
| 03/02/2026 | Expense | | Citizen's Bank | -30.00 |
| 03/03/2026 | E pense | | New Jersey Manufacturers In | 709 00 |
| 03/04/2026 | Journal | JE0309 | | -5,384.62 |
| 03/04/2026 | E pense | | Citizen's Bank | 30 00 |
| 03/04/2026 | Bill Payment | | Diamond Properties | -500.00 |
| 03/06/2026 | Bill Payment | 1020 | Ashton Walters | 2,231 54 |
| 03/06/2026 | Bill Payment | 1021 | Gazmend Gashi | -2,290.71 |
| 03/06/2026 | Bill Payment | 1022 | Justin Kerker | 4,609 53 |
| 03/10/2026 | Bill Payment | | Peoples Premium Finance | -2,179.08 |
| 03/11/2026 | Journal | JE0310 | | 10,584 77 |
| 03/16/2026 | Journal | JE0313 | | -23.21 |
| 03/18/2026 | E pense | | Insurance Company of the West | 1,920 48 |
| 03/20/2026 | Journal | JE0315 | | -1,822.66 |
| 03/20/2026 | E pense | | Intuit | 108 38 |
| 03/20/2026 | Journal | JE0315 | | -1,550.18 |
| 03/20/2026 | Journal | JE0315 | | 1,334 26 |
| 03/20/2026 | Journal | JE0315 | | -4,118.88 |
| 03/24/2026 | E pense | | Audi New Rochelle | 1,289 92 |
| 03/26/2026 | Bill Payment | Transfer032626 | Justin Kerker (Reimb) | -80.00 |
| 03/27/2026 | Journal | JE0318 | | 151 72 |
| 03/27/2026 | Journal | JE0317 | | -2,000.00 |
| 03/27/2026 | E pense | March '26 DIP Pmt | Orange Bank and Trust | 5,000 00 |
| 03/30/2026 | Expense | | | -731.00 |
| 03/30/2026 | E pense | | New Jersey Manufacturers In | 709 00 |
| 03/30/2026 | Expense | | TD Auto Finance | -1,528.46 |
| 03/30/2026 | E pense | | United Healthcare | 8,346 66 |

| Total | | | | -71,298.77 |
|---|---|---|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/27/2026 | Journal | JE0319 | | 2,520 00 |

Total                                                                                      2,520.00

**Additional Information**

Uncleared deposits and other credits after 03/31/2026

| DATE | TYPE | REF NO | PAYEE | AMOUNT (USD) |
|------|------|--------|-------|-------------|
| 04/02/2026 | Receive Payment | | Chappaqua Central School C | 7,187 50 |

Total                                                                                      7,187.50



US002 | BR805
ROP 450
P.O. Box 7000
Providence, RI 02940

Beginning March 01, 2026
through March 31, 2026

## Questions? Contact us today:

**CALL:**
Business Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

FASANO ACCHIONE & ASSOCIATES LLC
AS ESC AGENT FOR: EMPIRE CORE GROUP LLC
152 HIMMELIEN RD STE 600
MEDFORD NJ  08055-9307

**FASANO ACCHIONE & ASSOCIATES LLC**
**AS ESC AGENT FOR: EMPIRE CORE GROUP LLC**
**Analysis Business Checking**
**XXXXXX-830-6**

## Analysis Business Checking  for XXXXXX-830-6

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 11,075.93 |
| Checks | - | .00 |
| Debits | - | .00 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 11,075.93 |

Your next statement period will end on April 30, 2026.

## TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 830-6

No activity this statement period.

| | Previous Balance |
|---|---|
| | **11,075.93** |
| | **Current Balance** |
| = | **11,075.93** |

Member FDIC ⌂ Equal Housing Lender

## ✳️ **Citizens**®

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.     REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

Empire Core Group LLC

**10240 Citizens Funds Control, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/10/2026

Reconciled by  Justin Kerker

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
| --- | --- |
| Statement beginning balance | 11,075.93 |
| Checks and payments cleared (0) | 0 00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 11,075.93 |
| | |
| Register balance as of 03/31/2026 | 11,075 93 |



ORANGE
**Bank & Trust**
COMPANY

**212 Dolson Ave**
**Middletown, NY 10940**

EMPIRE CORE GROUP LLC
199 MAIN ST FL 10
WHITE PLAINS NY 10601-3207

### Managing Your Accounts

| | | |
|---|---|---|
|  | Branch Name | White Plains |
|  | Phone Number | (914)422-3100 |
|  | Mailing Address | 42 Waller Ave<br>White Plains NY 10601 |
|  | Online Access | www.orangebanktrust.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Commercial Analyzed Checking | XXXXXXX7501 | $54.27 |

## Commercial Analyzed Checking - XXXXXXX7501

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2026 | **Beginning Balance** | **$54.27** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 03/31/2026 | **Ending Balance** | **$54.27** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/28/2026 | **Beginning Balance** | | | **$54.27** |
| | No activity this statement period | | | |
| 03/31/2026 | **Ending Balance** | | | **$54.27** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



EQUAL HOUSING LENDER　Member **FDIC**

### *DEPOSIT ACCOUNT DISCLOSURES*

*The sections below, titled "IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS" and "PREAUTHORIZED TRANSFERS", are in accordance with the federal Electronic Funds Transfer Act (Regulation E). These provisions apply only to consumer accounts. A consumer account is an account that is primarily established for personal, family, or household purposes. As such, these provisions do not apply to commercial accounts.*

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
TELEPHONE US AT:        (888)341-5100

OR WRITE US AT:        ORANGE BANK & TRUST COMPANY
                       212 DOLSON AVENUE
                       MIDDLETOWN, NY 10940

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED TRANSFERS**
You may verify a preauthorized transfer by calling (888)341-5100 or by accessing our Tellerphone at (888)341-5100. You may also verify a preauthorized credit through internet banking at www.orangebanktrust.com.

**VISA® DEBIT CARD**
Remember to use your VISA® Debit Card as a credit transaction to avoid point of sale fees.

**BASIC BANKING ACCOUNTS**
The following statement, as required by the New York Rules for Basic Banking Accounts, applies only to Basic Banking Accounts. You may make 12 withdrawals from your account every statement cycle. If you make more than 12 withdrawals in any one statement cycle, a $2.00 fee per item will be imposed.

**ADDITIONAL INFORMATION ABOUT YOUR ACCOUNT**
Any withdrawal shall be deemed made when recorded on the Bank's books, which is not necessarily the date you initiated the transaction. If you utilize an ATM not owned by us, or any network used may charge you a fee. This includes fees for balance inquiries even if you do not complete a fund transfer. You may transfer funds by using the Tellerphone at (845)341-5100 or toll-free at (888)341-5100.

Empire Core Group LLC

**10200 Orange Operating x7501, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/09/2026

Reconciled by  Justin Kerker

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 54.27 |
| Checks and payments cleared (0) | 0 00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 54.27 |
| | |
| Register balance as of 03/31/2026 | 54 27 |



**ORANGE Bank&Trust COMPANY**

**212 Dolson Ave**
**Middletown, NY 10940**

EMPIRE CORE GROUP LLC
PAYROLL
199 MAIN ST FL 10
WHITE PLAINS NY 10601-3207

### Managing Your Accounts

| | | |
|---|---|---|
|  | Branch Name | White Plains |
|  | Phone Number | (914)422-3100 |
|  | Mailing Address | 42 Waller Ave<br>White Plains NY 10601 |
| | Online Access | www.orangebanktrust.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Checking | XXXXXXX7682 | $168.71 |

## Business Checking - XXXXXXX7682

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2026 | **Beginning Balance** | **$168.71** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 03/31/2026 | **Ending Balance** | **$168.71** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/28/2026 | **Beginning Balance** | | | **$168.71** |
| | No activity this statement period | | | |
| 03/31/2026 | **Ending Balance** | | | **$168.71** |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

 EQUAL HOUSING LENDER   Member **FDIC**

### *DEPOSIT ACCOUNT DISCLOSURES*

*The sections below, titled "IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS" and "PREAUTHORIZED TRANSFERS", are in accordance with the federal Electronic Funds Transfer Act (Regulation E). These provisions apply only to consumer accounts. A consumer account is an account that is primarily established for personal, family, or household purposes. As such, these provisions do not apply to commercial accounts.*

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
TELEPHONE US AT:          (888)341-5100

OR WRITE US AT:          ORANGE BANK & TRUST COMPANY
                                        212 DOLSON AVENUE
                                        MIDDLETOWN, NY 10940

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED TRANSFERS**
You may verify a preauthorized transfer by calling (888)341-5100 or by accessing our Tellerphone at (888)341-5100. You may also verify a preauthorized credit through internet banking at [www.orangebanktrust.com](www.orangebanktrust.com).

**VISA® DEBIT CARD**
Remember to use your VISA® Debit Card as a credit transaction to avoid point of sale fees.

**BASIC BANKING ACCOUNTS**
The following statement, as required by the New York Rules for Basic Banking Accounts, applies only to Basic Banking Accounts. You may make 12 withdrawals from your account every statement cycle. If you make more than 12 withdrawals in any one statement cycle, a $2.00 fee per item will be imposed.

**ADDITIONAL INFORMATION ABOUT YOUR ACCOUNT**
Any withdrawal shall be deemed made when recorded on the Bank's books, which is not necessarily the date you initiated the transaction. If you utilize an ATM not owned by us, or any network used may charge you a fee. This includes fees for balance inquiries even if you do not complete a fund transfer. You may transfer funds by using the Tellerphone at (845)341-5100 or toll-free at (888)341-5100.

Empire Core Group LLC

**10220 Orange Payroll x7682, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/09/2026

Reconciled by  Justin Kerker

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 168.71 |
| Checks and payments cleared (0) | 0 00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 168.71 |
| | |
| Register balance as of 03/31/2026 | 168 71 |