UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

EMPIRE CORE GROUP LLC,

           Chapter 11
           Case No. 25-22894 (SHL)

               Debtor.
----------------------------------------------------------X

**FIFTH INTEIRM ORDER AUTHORIZING DEBTOR'S USE OF CASH
COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND PROVIDING
ADEQUATE PROTECTION THEREFOR PURSUANT TO §§ 361 AND 362**

Upon the motion dated September 22, 2025 (the "Motion[1]", ECF No. 4) of Empire Core Group LLC, the above captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Kirby Aisner & Curley, LLP, for entry of an Order: (i) Authorizing the Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. §363(c)(2) and Bankruptcy Rule 4001 and Providing Adequate Protection Therefor Pursuant to 11 U.S.C. §§361 and 362; and (ii) Scheduling a Final Hearing; and upon the Declaration of Florim Lajqi in Support of the Chapter 11 Petition and First Day Filings (the "Declaration", ECF No. 3); and upon the Notice of Commencement of Chapter 11 Case and Hearing on First Day Motions (the "Notice", ECF No. 8); and sufficient notice of the Motion having been given; and upon the Motion and other filings and pleadings in this Chapter 11 Case; and a hearing having been held on September 25,2025 to consider the relief sought in the Motion on an interim basis (the "Interim Hearing"); and objections to the interim relief requested in the Motion having been filed by the Office of the United States Trustee (ECF No. 13) and Amazing Floor Service Corp. (ECF No. 14); and it appearing to the Court based upon the filings in this case and the representations made by Florim Lajqi ("Lajqi"), the Debtor's Chief Executive

---

[1] Capitalized terms contained herein that have not been defined have the meaning ascribed to them in the Motion.

Office and Justin Kerker ("Kerker"), the Debtor's Chief Financial Officer, on the record at the Interim Hearing that granting the relief set forth herein is necessary to avoid immediate and irreparable harm, is otherwise fair and reasonable and in the best interests of the Debtor, its estate, its creditors and equity holder, and essential for the continued operation of the Debtor's business; and upon the entry of an Order on October 6, 2025 granting the Motion on an interim basis and scheduling a hearing on October 22, 2025 (the "Initial Hearing") to consider the Motion on a final basis [ECF No. 18] (the "First Interim Order") and the First Interim Order having been duly served on all required parties, and upon the record taken at the Initial Hearing including the consent to the entry of a further interim order having been given orally by counsel for Orange Bank & Trust and the Office of the United States Trustee; and upon entry of an Order on October 29, 2025 granting the Motion on a further interim basis and scheduling a hearing on November 5, 2025 at 10:00 a.m. ("Second Interim Hearing") to consider the Motion on a final basis [ECF No. 30] (the "Second Interim Order"), and the Second Interim Order having been duly served on all required parties, and upon the entry of an Order on November 7, 2025 granting the Motion on a further interim basis and scheduling a hearing on December 17, 2025 at 10:00 a.m. ("Third Interim Hearing") to consider the Motion on a final basis [ECF No. 36] (the "Third Interim Order"), and the Third Interim Order having been duly served on all required parties, and upon the entry of an Order on January 14, 2026 granting the Motion on a further interim basis and scheduling a hearing on February 10, 2026 at 10:00 a.m. ("Fourth Interim Hearing") to consider the Motion on a final basis [ECF No. 48] (the "Fourth Interim Order") and the parties having agreed to further adjourn the without conducting the Fourth Interim Hearing, and a hearing having been held on April 15, 2026 ("Fifth Interim Order"), in order to avoid harm to the Debtor, its creditors and the estate it is essential that the Debtor be permitted to continue to use cash collateral pending the adjourned

Fourth Interim Hearing, and after due deliberation and consideration, and for good and sufficient cause appearing therefor;

**IT HEREBY IS ORDERED**:

1.  The Motion is GRANTED on a further interim basis and the Debtor is authorized to use the Cash Collateral, *nunc pro tunc* from February 10, 2026 through a final hearing on the Motion on June 10, 2026 at 10:00 a.m. (the "Final Hearing"), on an interim basis subject to the terms of this Order and in accordance with the budget annexed hereto as Exhibit A, subject to a 15% variance or upon further consent of the SBA and OB&T or further order of this Court. At the Final Hearing, the Court will consider the Debtor's request to use Cash Collateral thereafter.

2.  All of the provisions of the prior Interim Orders shall be incorporated herein by reference and shall remain in full force and effect, except as otherwise set forth herein.

3.  The Debtor's authorization to use Cash Collateral shall immediately terminate without further Order on the earlier of: (a) June 10, 2025; (b) the entry of an order dismissing the Chapter 11 Case or converting this proceeding to a case under Chapter 7 of the Bankruptcy Code; (c) the entry of an order confirming a plan(s) of reorganization; or (d) the entry of an order by which this Order is reversed, revoked, stayed, rescinded, modified or amended without the consent of the Secured Creditors.

4.  The provisions of this Order shall remain in full force and effect unless modified or vacated by subsequent order of this Court.

5.  The Bankruptcy Court shall retain jurisdiction with respect to all matters pertaining to this Order.

6.  The Final Hearing on the Debtor's use of Cash Collateral scheduled for June 10, 2026 at 10:00 a.m. shall be held ***VIRTUALLY via Zoom for Government*** before the Honorable Sean

H. Lane, United States Bankruptcy Judge for the Southern District of New York. If you wish to appear at the Final Hearing, you must register your appearance by 4:00 p.m. one business day prior to the hearing by utilizing the Electronic Appearance portal (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) located on the Court's website.

7. Objections, if any, to the relief requested in the Debtor's underlying Motion for authority to use Cash Collateral, must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at https://ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Kirby Aisner & Curley LLP, proposed attorneys for the Debtor, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Erica R. Aisner, Esq. so as to be received no later than June 2, 2026.

8.  The Debtor shall serve a copy of this Fifth Interim Bridge Order upon (a) the United States Trustee; (b) the Subchapter V Trustee, (c) the Debtor's secured creditors, or their counsel; (d) any party asserting an interest in the Cash Collateral; (e) the Debtor's taxing authorities; (f) any committee appointed herein, or if no committee is appointed to the Debtor's twenty (20) largest unsecured creditors; and (g) parties filing a notice of appearance, by first class mail within three (3) business days of the entry of this Order, which shall be deemed good and sufficient service hereof.

Dated: White Plains, New York
        May 8, 2026

**/s/ Sean H. Lane**
**HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**